IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PERRY,<br><br>  Plaintiff,<br><br>  v.<br><br>SACRAMENTO COUNTY, et al.,<br><br>  Defendants. | No. 2:24-CV-0883-DJC-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court are: (1) Plaintiff's motion for leave to file a supplemental complaint, ECF No. 25; and (2) Plaintiff's motion for an extension of time, ECF No. 34.

Plaintiff's motion for leave to file a supplemental complaint will be denied because Plaintiff has not filed a proposed supplemental complaint and, as a result, the Court is unable to determine whether leave to supplement is warranted under Federal Rule of Civil Procedure 15.

In his motion for an extension of time, Plaintiff seeks an order permitting him additional time to respond to any motions or deadlines set by the Court. This motion will be denied as premature because, at present, no deadlines are upcoming, and no motions have been filed.

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion for leave to file a supplemental complaint, ECF No. 25, is DENIED without prejudice to renewal accompanied by a proposed supplemental complaint.

2. Plaintiff's motion for an extension of time, ECF No. 34, is DENIED as premature.

**Dated:  December 17, 2025**

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE